# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIED MEDICAL ASSOCIATES,<br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br>    Defendants/Counterclaim-Plaintiffs,<br><br>v.<br><br>ALLIED MEDICAL ASSOCIATES, DAVID KIRSTEIN, D.C., and BRYAN EHRLICH, D.C.,<br>    Counterclaim-Defendants. | CIVIL ACTION<br><br>NO. 08-2434 |

## Order

**AND NOW** this 3d day of June 2009, upon consideration of Allied's motion for summary judgment (Doc. No. 68), State Farm's response thereto, and Allied's reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**. Because plaintiff has filed another motion to dismiss which has not yet been fully briefed, the court is unable to schedule a trial date.

                                                    s/ William H. Yohn Jr., Judge
                                                    William H. Yohn Jr., Judge